## Commonwealth *v.* Miller, Appellant.

Argued September 11, 1962. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Malvin L. Skaroff*, with him *Skaroff and Skaroff*, for appellant.

*Edward G. Biester, Jr.*, Assistant District Attorney, with him *Paul R. Beckert*, District Attorney, for Commonwealth, appellee.

OPINION BY WRIGHT, J., November 15, 1962:

This appeal is controlled by our opinion in the case of *Commonwealth v. Dalton*, 199 Pa. Superior Ct. 388, 185 A. 2d 653. The only difference is a matter of procedure. Each appellant was granted a supersedeas conditioned upon the entry of security. Dalton filed the required bond. Miller did not.

Judgment affirmed.